NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEE P. WALKER,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7121

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-0229, Judge William A. Moorman.

---

## ORDER

Lee P. Walker moves without opposition to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) The Secretary's motions to waive Fed. Cir. R. 27(f) and dismiss are moot.

(3) Each side shall bear its own costs.

FOR THE COURT

NOV   3 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Lee P. Walker
     Courtney S. McNamara, Esq.

s19

Issued As A Mandate: NOV   3 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 3 2010

JAN HORBALY
CLERK